UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CATHY PAFUMI, PARIS McKINZIE, MARIA CAPORICCI and DOUGLAS ZEMSKY,

    Plaintiffs,

vs.

Major General (Ret.) MICHAEL W. DAVIDSON, ROBERT YAW, II, Major General (Ret.) BRUCE M. LAWLOR, SECURE SOLUTIONS HOLDING, INC. a Nevada Corporation, CENTURIA CORPORATION, a Delaware Corporation, and LAIDLAW & COMPANY (UK), LTD., a Foreign Limited Partnership,

    Defendants.
_____/

CASE NO. 05-61679-CIV-COHN/SNOW

## ORDER RESETTING RESPONSE DEADLINES

THIS CAUSE is before the Court *sua sponte*.

It has come to the Court's attention that Plaintiffs have not been receiving copies of the orders issued in this matter since the Court granted Adorno & Yoss, LLP's Motion to Withdraw as Counsel of Record on November 14, 2006.  The Court is therefore sending copies of the instant Order as well as all Orders entered by the Court since November 14, 2006, DEs 141, 142, 145, and 146, to each Plaintiff at the addresses listed below.  The deadlines set in the above-referenced orders shall be extended herein to allow Plaintiffs sufficient time to evaluate whether to proceed with this action in light of the recent activity in this case and to respond to the Court's Orders and Defendants' Motions.

Based on the foregoing, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs shall have up to and including February 5, 2007 to amend the Amended Complaint as to those counts dismissed without prejudice in this Court's Order Granting in Part Plaintiffs' Motion for Reconsideration [DE 141]. If Plaintiffs elect not to file a Second Amended Complaint, they must notify the Court, in writing, if they intend to proceed with the remaining counts in this action as set forth in the Amended Complaint and with a trial as to damages owed by Defendant Secure Solutions Holding, Inc. Plaintiffs failure to file a Second Amended Complaint or otherwise inform the Court of their intent to proceed, shall result in the dismissal of all remaining counts without prejudice and the closing of this case;

2. All Defendants shall have up to and including February 23, 2007 to answer or otherwise respond to Plaintiffs' Amended Complaint [DE 9], provided Plaintiffs expressly elect to proceed with this action, or any subsequent amended complaint.

3. To ensure that Plaintiffs receive all filings, Defendants are instructed to send copies of all future filings to each Plaintiff at the addresses listed below. Any filings since November 14, 2006 which have not been mailed individually to Plaintiffs must be sent to each Plaintiff by the Defendant who filed the document no later than the close of business on January 12, 2007.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of January, 2007.

JAMES I. COHN
United States District Judge

Copies on following page

Copies to:

All counsel of record

Douglas Zemsky
625 Palm Drive
Hallandale, Florida 33009

Cathy Pafumi
625 Palm Drive
Hallandale, Florida 33009

Paris McKinzie
8434 Twin Lake Drive
Boca Raton, Florida 33496

Maria Caporicci
2410 SE Garden Terrace
Port St. Lucie, Florida 34952