IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-61679-CIV-COHN/SELTZER

CATHY PAFUMI, et al.,

    Plaintiffs,

vs.

Major General (Ret.) MICHAEL W.
DAVIDSON, et al.,

    Defendants.
_____/

Major General (Ret.) MICHAEL W.
DAVIDSON, et al.,

    Counter-Plaintiff,

vs.

DOUGLAS ZEMSKY, CATHY PAFUMI,
PAUL HARARY, PARIS MCKINZIE, and
MARIA CAPORICCI,

    Counter-Defendants.
_____/

**SCANNED**

### AGREED ORDER VOLUNTARILY DISMISSING COUNTERCLAIM AS AGAINST COUNTER-DEFENDANTS CATHY PAFUMI, PARIS MCKINZIE, AND MARIA CAPORICCI

**THIS CAUSE** having come before the Court on Defendant/Counter-Plaintiff Major General (Ret.) Michael W. Davidson's Agreed Motion for Entry of Stipulated Judgments Against Counter-Defendants Harary and Zemsky and Voluntary Dismissals as to Remaining Counter-Defendants, and the Court being fully apprised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

1.  The claims asserted in the Counterclaim [DE 215] by Counter-Plaintiff Maj. Gen. (Ret.) Michael W. Davidson against Counter-Defendants Cathy Pafumi, Paris McKinzie, and Maria Caporicci are hereby dismissed without prejudice.

2.  The Court shall retain jurisdiction over this matter to enforce the terms of the parties' Settlement Agreement.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of May, 2008.

JAMES I. COHN
United States District Court

Copies furnished to:

See attached Service List

## SERVICE LIST

René D. Harrod, Fla. Bar No. 627666
Berger Singerman P.A.
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301
Tel: (954) 525-9900
Fax: (954) 523-2872
rharrod@bergersingerman.com
*Counsel for Defendant Davidson*

Paul Harary
8434 Twin Lake Drive
Boca Raton, FL 33496
*Pro Se Counter-Defendant*

Paris McKinzie
8434 Twin Lake Drive
Boca Raton, FL 33496
*Pro Se Plaintiff/Counter-Defendant*

Maria Caporicci
8434 Twin Lake Drive
Boca Raton, FL, 33496
*Pro Se Plaintiff/Counter-Defendant*

Richard G. Cushing, Esq.
Gilbert C. Hoover IV, Esq.
Troutman Sanders LLP
405 Lexington Avenue
New York, NY 10174
(212)704-6000  Phone
(212) 704-5941  Facsimile
Richard.cushing@troutmansanders.com
Gilbert.hoover@troutmansanders.com
*Co-Counsel for Defendant Laidlaw & Company (UK), Ltd.*

Douglas Zemsky
625 Palm Drive
Hallandale, FL 33009
*Pro Se Plaintiff/Counter-Defendant*

Carl F. Schoeppl, Esq.
Schoeppl & Burke, P.A.
4651 North Federal Highway
Boca Raton, FL 33431-5133
(561) 394-8301  Phone
(561) 394-3121  Facsimile
carl@schoepplburke.com
*Counsel for Defendant Laidlaw & Company (UK), Ltd.*

Robert Bruce McCausland, Esq.
McKenna & McCausland, P.A.
P.O. Box 27
Fort Lauderdale FL 33302-0027
(954) 781-1441  Phone
(954) 781-1455  Facsimile
rbm@litigationadvocates.com
*Counsel for Defendant Robert Yaw II*

Cathy Pafumi
625 Palm Drive
Hallandale, FL 33009
*Pro Se Plaintiff/Counter-Defendant*