IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-61679-CIV-COHN/SELTZER

CATHY PAFUMI, et al.,

    Plaintiffs,

vs.

Major General (Ret.) MICHAEL W.
DAVIDSON, et al.,

    Defendants.
_____/

Major General (Ret.) MICHAEL W.
DAVIDSON, et al.,

    Counter-Plaintiff,

vs.

DOUGLAS ZEMSKY, CATHY PAFUMI,
PAUL HARARY, PARIS MCKINZIE, and
MARIA CAPORICCI,

    Counter-Defendants.
_____/

**FINAL JUDGMENT IN FAVOR OF MAJOR GENERAL (RET.) MICHAEL W.
DAVIDSON AND AGAINST DOUGLAS ZEMSKY AND PAUL HARARY**

**THIS CAUSE** having come before the Court on Defendant/Counter-Plaintiff, Major General (Ret.) Michael W. Davidson's Motion for Entry of Agreed Final Judgment against Plaintiffs/Counter-Defendants Douglas Zemsky and Paul Harary [DE 261], and, pursuant to Federal Rules of Civil Procedures 37(d) and 54(b), there being no just reason for delay of entry of a final judgment, the Court,

SCANNED

**ORDERED AND ADJUDGED** that:

1.  Defendant/Counter-Plaintiff, Major General (Ret.) Michael W. Davidson's Motion for Entry of Agreed Final Judgment against Plaintiffs/Counter-Defendants Douglas Zemsky and Paul Harary [DE 261] is hereby GRANTED.

2.  Final Judgment is hereby entered in favor of Defendant/Counter-Plaintiff, MAJOR GENERAL (RET.) MICHAEL W. DAVIDSON, and against Plaintiff/Counter-Defendant DOUGLAS ZEMSKY for the total of one hundred thousand dollars ($100,000.00), which shall bear interest at the legal rate until paid in full, and for which let execution issue forthwith.

3.  Final Judgment is hereby entered in favor of Defendant/Counter-Plaintiff, MAJOR GENERAL (RET.) MICHAEL W. DAVIDSON, and against Plaintiff/Counter-Defendant PAUL HARARY for the total of two million three hundred thousand dollars ($2,300,000.00), which shall bear interest at the legal rate until paid in full, and for which let execution issue forthwith.

4.  Defendant/Counter-Plaintiff, Major General (Ret.) Michael W. Davidson's address is 120 Arrowhead Road, Louisville, KY 40207.

5.  Plaintiff/Counter-Defendant Douglas Zemsky's address is 625 Palm Drive, Hallandale, Florida 33009.

6.  Plaintiff/Counter-Defendant Paul Harary's address is 8434 Twin Lake Drive, Boca Raton, Florida 33496.

7.  The Court shall retain jurisdiction over this matter to enforce the terms of the parties' Settlement Agreement.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22ND day of May, 2008.

*[signature]*
JAMES I. COHN
United States District Court

Copies furnished to:

See attached Service List

## SERVICE LIST

René D. Harrod, Fla. Bar No. 627666
Berger Singerman P.A.
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301
Tel: (954) 525-9900
Fax: (954) 523-2872
rharrod@bergersingerman.com
*Counsel for Defendant Davidson*

Paul Harary
8434 Twin Lake Drive
Boca Raton, FL 33496
*Pro Se Counter-Defendant*

Paris McKinzie
8434 Twin Lake Drive
Boca Raton, FL 33496
*Pro Se Plaintiff/Counter-Defendant*

Maria Caporicci
8434 Twin Lake Drive
Boca Raton, FL, 33496
*Pro Se Plaintiff/Counter-Defendant*

Richard G. Cushing, Esq.
Gilbert C. Hoover IV, Esq.
Troutman Sanders LLP
405 Lexington Avenue
New York, NY 10174
(212)704-6000  Phone
(212) 704-5941  Facsimile
Richard.cushing@troutmansanders.com
Gilbert.hoover@troutmansanders.com
*Co-Counsel for Defendant Laidlaw & Company (UK), Ltd.*

Douglas Zemsky
625 Palm Drive
Hallandale, FL 33009
*Pro Se Plaintiff/Counter-Defendant*

Carl F. Schoeppl, Esq.
Schoeppl & Burke, P.A.
4651 North Federal Highway
Boca Raton, FL 33431-5133
(561) 394-8301  Phone
(561) 394-3121  Facsimile
carl@schoepplburke.com
*Counsel for Defendant Laidlaw & Company (UK), Ltd.*

Robert Bruce McCausland, Esq.
McKenna & McCausland, P.A.
P.O. Box 27
Fort Lauderdale FL 33302-0027
(954) 781-1441  Phone
(954) 781-1455  Facsimile
rbm@litigationadvocates.com
*Counsel for Defendant Robert Yaw II*

Cathy Pafumi
625 Palm Drive
Hallandale, FL 33009
*Pro Se Plaintiff/Counter-Defendant*